25-11563

MOTION TO REPETITION

Boyd v Rardin

Eastern District of Michigan

I hereby request to withdraw my recently filed 28 U.S.C. § 2241 petition, and replace it with the enclosed, revised petition.

Respectfully submitted,

*Eric A. Boyd*
Eric A. Boyd

FILED
MAY 28 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

05/19/2025
Date