UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eric Allen Boyd, 01807-089,

        Petitioner,

v.

Eric Rardin,

        Respondent(s).
_____/

Case No.  25-11563

Judge  Thomas L. Ludington

Magistrate Judge  Curtis Ivy, Jr.

## ORDER TO CORRECT DEFICIENCY

Petitioner has filed a petition for writ of habeas corpus, but has failed to submit either the $5.00 filing fee or an application to proceed *in forma pauperis*.  See 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases.

**IT IS ORDERED** that Petitioner shall submit the $5.00 filing fee <u>or</u> an original and one copy of a completed, signed and dated application to proceed *in forma pauperis* within 21 days from the date of this order. Failure to do so may result in dismissal of this action.  A copy of the *in forma pauperis* application is enclosed.

Date: May 30, 2025

s/David R. Grand
David R. Grand
United States Magistrate Judge

---

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: May 30, 2025

s/M. Sylvester
Deputy Clerk