# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

F I L E D
JUN 18 2025
CLERK'S OFFICE
DETROIT

__Eric Allen Boyd__
*Plaintiff/Petitioner*

v.

__Eric Rardin__
*Defendant/Respondent*

Civil Action No. __1:25-cv-11563-TLL-CI__

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions and make the following statements by checking the appropriate boxes under penalty of perjury.

1. *If incarcerated.* I am being held at: __Milan Federal Correctional Institution__.

☒ I understand that if I have an account at the institution, I must attach to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. **If applicable, I am attaching such a Certificate of Trust Account or certified statement to this application.**

☒ I understand that if I was incarcerated at any other institution during the last six months and had an account there, I must also **attach a Certificate of Trust Account or certified statement** from that institution. **If applicable, I am attaching such a certified statement to this application.**

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: __N/A__ (Non-Applicable), and my take-home pay or wages are: $ __N/A__ per (specify pay period) __N/A__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes   ☒ No
(e) Gifts, or inheritances                             ☐ Yes   ☒ No
(f) Any other sources                                  ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ _$150.00_ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

① I owe the Illinois Department of Revenue $595.00
② I owe the Finance Department of CarMax more than $31,000
③ I owe a Federal Student Aid loan of $9,842.41
④ I owe Chase Bank restitution in the amount of $6,875.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

**If incarcerated,** I hereby authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), and to withdraw funds from my prison trust fund account (or institutional equivalent) and disburse those funds to the United States District Court for the Eastern District of Michigan to pay the filing fee in this case. This authorization shall also apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred where my *in forma pauperis* application may be decided.

Date: _6/10/2025_

_Eric A. Boyd_
Applicant's signature

_Eric A. Boyd_
Printed name



U.S. Department of Justice

Federal Bureau of Prisons

---

*Federal Correctional Institution*
*P.O. Box 9999, East Arkona Road*
*Milan, Michigan 48160*

June 10, 2025

To Whom It May Concern,

The purpose of this letter is to confirm that Mr. Eric Boyd, DOB, March 16, 1968, Social Security Number 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, is an inmate at a Federal Correctional Institution, and is residing at the below listed address. Please find attached Public Information to be used for additional identification purposes.

Mailing Address:     Federal Correctional Institution
                     Inmate Boyd, Eric
                     Register Number 01807-089
                     P.O. Box 1000
                     Milan, MI 48160

Physical Address:   4000 E. Arkona Rd, Milan, MI 48160

Projected Release Date: June 17, 2038, via Good Conduct Time Release

Please contact me at (734) 439-1511 if you have any questions.

Sincerely,

*[signature]*

A. Fleck
Case Manager

*[signature]*, CSW
(Staff Name)     (Title)
Authorized by the Act of July 7, 1955,
(18 U.S.C. 4004).

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 01807089 |
| Inmate Name: | BOYD, ERIC |
| Report Date: | 06/10/2025 |
| Report Time: | 2:45:51 PM |

| | |
|---|---|
| Current Institution: | Milan FCI |
| Housing Unit: | MIL-B-A |
| Living Quarters: | B03-017L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | 6/9/2025 8:38:45 AM | 5FRP0625 | | | FRP Quarterly Pymt | ($30.10) | | $0.00 |
| MIL | 6/9/2025 8:37:15 AM | 5IPP0525 | | | Payroll - IPP | $29.75 | | $30.10 |
| MIL | 5/24/2025 6:34:14 PM | TL0524 | | | TRUL Withdrawal | ($2.00) | | $0.35 |
| MIL | 5/23/2025 5:17:09 PM | TL0523 | | | TRUL Withdrawal | ($2.00) | | $2.35 |
| MIL | 5/19/2025 3:36:43 PM | TL0519 | | | TRUL Withdrawal | ($5.00) | | $4.35 |
| MIL | 5/19/2025 11:51:20 AM | 63 | | | Sales | ($20.40) | | $9.35 |
| MIL | 5/13/2025 10:34:44 AM | TL0513 | | | TRUL Withdrawal | ($10.00) | | $29.75 |
| MIL | 5/12/2025 8:46:27 AM | 69 | | | Sales | ($90.75) | | $39.75 |
| MIL | 5/12/2025 | 33325132 | | | Western Union | $100.00 | | $130.50 |
| MIL | 5/8/2025 7:13:20 AM | 5IPP0425 | | | Payroll - IPP | $29.75 | | $30.50 |
| MIL | 4/28/2025 12:24:45 PM | 119 | | | Sales | ($94.40) | | $0.75 |
| MIL | 4/27/2025 12:17:37 PM | TL0427 | | | TRUL Withdrawal | ($5.00) | | $95.15 |
| MIL | 4/26/2025 11:38:51 AM | 33325116 | | | Western Union | $100.00 | | $100.15 |
| MIL | 4/14/2025 3:07:38 PM | TL0414 | | | TRUL Withdrawal | ($10.00) | | $0.15 |
| MIL | 4/14/2025 5:55:18 PM | 36 | | | Sales | ($89.70) | | $10.15 |
| MIL | 4/12/2025 9:16:50 AM | TL0412 | | | TRUL Withdrawal | ($5.00) | | $99.85 |
| MIL | 4/8/2025 1:04:35 PM | TL0408 | | | TRUL Withdrawal | ($5.00) | | $104.85 |
| MIL | 4/8/2025 8:01:22 PM | 5ICP0425 | | | Inmate Co-pay | ($2.00) | | $109.85 |
| MIL | 4/8/2025 2:23:19 PM | 5IPP0325 | | | Payroll - IPP | $29.75 | | $111.85 |
| MIL | 4/7/2025 6:07:15 AM | 85 | | | Sales | ($3.65) | | $82.10 |
| MIL | 4/7/2025 11:23:20 AM | 84 | | | Sales | ($85.75) | | $85.75 |
| MIL | 4/6/2025 11:21:35 AM | TL0406 | | | TRUL Withdrawal | ($5.00) | | $171.50 |
| MIL | 4/6/2025 7:42:16 PM | 33325096 | | | Western Union | $80.00 | | $176.50 |
| MIL | 4/3/2025 11:06:33 AM | TL0403 | | | TRUL Withdrawal | ($5.00) | | $96.50 |
| MIL | 4/1/2025 7:09:58 PM | 33325091 | | | Western Union | $100.00 | | $101.50 |
| MIL | 4/1/2025 5:08:16 PM | TL0401 | | | TRUL Withdrawal | ($5.00) | | $1.50 |
| MIL | 3/26/2025 4:54:10 PM | 1058 | | | BP 199 Request - Released | | $5.00 | ---- |
| MIL | 3/24/2025 1:11:04 PM 1:10:13 PM | TL0324 | | | TRUL Withdrawal | ($2.00) | | $6.50 |

| Alpha Code | Date/Time | Account | Description | Amount | Balance |
|---|---|---|---|---|---|
| MIL | 3/24/2025 1:08:56 PM | TL0324 | TRUL Withdrawal | ($5.00) | $8.50 |
| MIL | 3/24/2025 10:35:04 AM | 71 | Sales | ($166.55) | $13.50 |
| MIL | 3/23/2025 6:07:58 PM | 33325082 | Western Union | $125.00 | $180.05 |
| MIL | 3/23/2025 4:07:56 PM | 33325082 | Western Union | $50.00 | $55.05 |
| MIL | 3/17/2025 8:03:44 PM | TL0317 | TRUL Withdrawal | ($10.00) | $5.05 |
| MIL | 3/15/2025 8:17:37 PM | TL0315 | TRUL Withdrawal | ($5.00) | $15.05 |
| MIL | 3/13/2025 8:25:03 PM | TL0313 | TRUL Withdrawal | ($5.00) | $20.05 |
| MIL | 3/10/2025 7:35:56 PM | TL0310 | TRUL Withdrawal | ($5.00) | $25.05 |
| MIL | 3/10/2025 11:32:00 AM | 54 | Sales | ($34.95) | $30.05 |
| MIL | 3/9/2025 5:08:18 PM | 33325068 | Western Union | $60.00 | $65.00 |
| MIL | 3/6/2025 7:52:55 AM | 5FRP0325 | FRP Quarterly Pymt | ($33.87) | $5.00 |
| MIL | 3/6/2025 7:52:02 AM | 5IPP0225 | Payroll - IPP | $29.75 | $38.87 |
| MIL | 3/5/2025 8:07:21 AM | 1058 | BP 199 Request | | ------ |
| MIL | 3/5/2025 8:00:45 AM | TFN0305 | Phone Withdrawal | $7.48 | $9.12 |
| MIL | 3/3/2025 11:13:22 AM | 93 | Sales | ($119.15) | $1.64 |
| MIL | 3/2/2025 3:16:44 PM | TL0302 | TRUL Withdrawal | ($5.00) | $120.79 |
| MIL | 3/1/2025 5:08:04 PM | 33325060 | Western Union | $120.00 | $125.79 |
| MIL | 2/24/2025 11:29:08 AM | 97 | Sales | ($21.60) | $5.79 |
| MIL | 2/22/2025 7:25:12 PM | TL0222 | TRUL Withdrawal | ($5.00) | $27.39 |
| MIL | 2/19/2025 4:30:56 PM | TL0219 | TRUL Withdrawal | ($5.00) | $32.39 |
| MIL | 2/18/2025 9:15:21 AM | TL0218 | TRUL Withdrawal | ($10.00) | $37.39 |
| MIL | 2/18/2025 6:17:48 AM | 22 | Sales | ($42.95) | $47.39 |

1 2 3

Total Transactions: 113

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Commissary Restriction Start Date | Account Balance | Commissary Restriction End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| MIL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($5.00) | | $0.00 | |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **($277.00)** | **$0.00** | | **$0.00** | |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 01807089 | Current Institution: Milan FCI |
| Inmate Name: | BOYD, ERIC | Housing Unit: MIL-B-A |
| Report Date: | 06/10/2025 | Living Quarters: B03-017L |
| Report Time: | 2:46:42 PM | |

🖶 PRINT

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | 2/11/2025 6:13:39 PM | TL0211 | | | TRUL Withdrawal | ($10.00) | | $90.34 |
| MIL | 2/10/2025 5:13:33 PM | TL0210 | | | TRUL Withdrawal | ($5.00) | | $100.34 |
| MIL | 2/10/2025 5:12:50 PM | TL0210 | | | TRUL Withdrawal | ($2.00) | | $105.34 |
| MIL | 2/10/2025 1:08:37 PM | 33325041 | | | Western Union | $100.00 | | $107.34 |
| MIL | 2/10/2025 11:27:23 AM | 85 | | | Sales | ($22.95) | | $7.34 |
| MIL | 2/10/2025 8:09:27 AM | 5IPP0125 | | | Payroll - IPP | $29.75 | | $30.29 |
| MIL | 2/1/2025 1:55:09 PM | TL0201 | | | TRUL Withdrawal | ($10.00) | | $0.54 |
| MIL | 1/29/2025 12:29:20 PM | TL0129 | | | TRUL Withdrawal | ($10.00) | | $10.54 |
| MIL | 1/24/2025 8:19:39 PM | TL0124 | | | TRUL Withdrawal | ($5.00) | | $20.54 |
| MIL | 1/22/2025 10:14:30 AM | TFN0122 | | | Phone Withdrawal | ($5.00) | | $25.54 |
| MIL | 1/21/2025 6:27:21 AM | 18 | | | Sales | ($55.60) | | $30.54 |
| MIL | 1/20/2025 7:16:15 AM | TL0120 | | | TRUL Withdrawal | ($5.00) | | $86.14 |
| MIL | 1/14/2025 3:09:36 PM | TL0114 | | | TRUL Withdrawal | ($10.00) | | $91.14 |
| MIL | 1/13/2025 11:35:55 AM | 107 | | | Sales | ($43.05) | | $101.14 |
| MIL | 1/11/2025 7:25:09 PM | TL0111 | | | TRUL Withdrawal | ($5.00) | | $144.19 |
| MIL | 1/9/2025 12:52:46 PM | TL0109 | | | TRUL Withdrawal | ($10.00) | | $149.19 |
| MIL | 1/8/2025 2:07:53 PM | 33325008 | | | Western Union | $100.00 | | $159.19 |
| MIL | 1/8/2025 6:05:38 AM | 5IPP1224 | | | Payroll - IPP | $29.75 | | $59.19 |
| MIL | 1/6/2025 9:09:59 AM | 36 | | | Sales | ($88.60) | | $29.44 |
| MIL | 1/2/2025 4:56:56 PM | TFN0102 | | | Phone Withdrawal | ($20.00) | | $118.04 |
| MIL | 12/30/2024 8:36:47 AM | 70 | | | Sales | ($6.50) | | $138.04 |
| MIL | 12/30/2024 8:34:40 AM | 69 | | | Sales | ($125.05) | | $144.54 |
| MIL | 12/28/2024 8:43:53 PM | TL1228 | | | TRUL Withdrawal | ($5.00) | | $269.59 |
| MIL | 12/26/2024 7:13:15 PM | TL1226 | | | TRUL Withdrawal | ($5.00) | | $274.59 |
| MIL | 12/22/2024 11:23:57 AM | TL1222 | | | TRUL Withdrawal | ($10.00) | | $279.59 |
| MIL | 12/20/2024 1:08:35 PM | 33324355 | | | Western Union | $100.00 | | $289.59 |
| MIL | 12/20/2024 11:11:39 AM | TL1220 | | | TRUL Withdrawal | ($5.00) | | $189.59 |
| MIL | 12/18/2024 11:27:02 AM | TL1218 | | | TRUL Withdrawal | ($10.00) | | $194.59 |

| Alpha Code | | | | | | | |
|---|---|---|---|---|---|---|---|
| MIL | 12/18/2024 8:15:00 AM | 81 | Sales | $0.00 | | | $204.59 |
| MIL | 12/17/2024 1:08:14 PM | 33324352 | Western Union | $200.00 | | | $204.59 |
| MIL | 12/12/2024 1:22:55 PM | TL1212 | TRUL Withdrawal | ($5.00) | | | $4.59 |
| MIL | 12/9/2024 10:24:26 AM | 5FRP1224 | FRP Quarterly Pymt | ($35.00) | | | $9.59 |
| MIL | 12/9/2024 10:23:41 AM | 5IPP1224 | Payroll - IPP | $39.75 | | | $44.59 |
| MIL | 11/30/2024 1:02:30 PM | TL1130 | TRUL Withdrawal | ($5.00) | | | $4.84 |
| MIL | 11/28/2024 9:20:53 AM | TL1128 | TRUL Withdrawal | ($5.00) | | | $9.84 |
| MIL | 11/27/2024 9:45:24 AM | TL1127 | TRUL Withdrawal | ($5.00) | | | $14.84 |
| MIL | 11/25/2024 8:31:33 PM | TL1125 | TRUL Withdrawal | ($5.00) | | | $19.84 |
| MIL | 11/23/2024 6:02:54 PM | TL1123 | TRUL Withdrawal | ($5.00) | | | $24.84 |
| MIL | 11/21/2024 7:29:08 PM | TL1121 | TRUL Withdrawal | ($2.00) | | | $29.84 |
| MIL | 11/16/2024 6:36:08 PM | TL1116 | TRUL Withdrawal | ($5.00) | | | $31.84 |
| MIL | 11/12/2024 12:11:59 PM | 120 | Sales | ($49.45) | | | $36.84 |
| MIL | 11/11/2024 5:51:10 PM | TL1111 | TRUL Withdrawal | ($5.00) | | | $86.29 |
| MIL | 11/8/2024 10:07:26 AM | 33324313 | Western Union | $60.00 | | | $91.29 |
| MIL | 11/8/2024 6:22:06 AM | 5IPP1024 | Payroll - IPP | $29.75 | | | $31.29 |
| MIL | 11/7/2024 8:37:24 PM | TL1107 | TRUL Withdrawal | ($2.00) | | | $1.54 |
| MIL | 11/2/2024 3:29:00 PM | TL1102 | TRUL Withdrawal | ($5.00) | | | $3.54 |
| MIL | 10/28/2024 10:39:09 AM | 97 | Sales | ($80.05) | | | $8.54 |
| MIL | 10/26/2024 10:17:36 AM | TL1026 | TRUL Withdrawal | ($5.00) | | | $88.59 |
| MIL | 10/26/2024 10:07:13 AM | 33324300 | Western Union | $20.00 | | | $93.59 |
| MIL | 10/25/2024 8:55:12 AM | TL1025 | TRUL Withdrawal | ($5.00) | | | $73.59 |

1 2 3

Total Transactions: 113    -    Totals: ($277.00)    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Commissary Restriction Start Date | Account Balance | Commissary Restriction End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| MIL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | |
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

OFFICE OF THE CLERK
231 WEST LAFAYET BLVD. Room 564
DETROIT, MI 48226

June 10, 2025

Dear Deputy Clerk,

I merely want to inform you that at my behest Milan Federal Correctional Institution withdrew from my account $5.00 on 3/26/25 and remitted it to the Court to defray my filing fee. See highlighted transaction on page 1 of enclosed Inmate Trust Account Statement.

Because of the foregoing facts, I am a bit confused as to the Court's order to submit either a $5.00 filing fee or an application to proceed in forma pauperis.

However, to cover all my bases, I have enclosed an application to proceed in forma pauperis. Unfortunately, at this time I am unable to meet the Court's order to provide a copy of said application before the 21-day time limit expires, as the inmate copy machine is down indefinitely. I pray this regrettable circumstance does not result in the dismissal of

my petition.

Sincerely,

Eric Boyd



Eric Boyd # 01807-089
FCI Milan
P O Box 1000
Milan MI 48160

RECEIVED
JUN 18 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHAL

United States District Court
For The Eastern District of Michigan
Office of the Clerk
Theodore Levin United States Courthouse
231 West Lafayette Blvd. Room 564
Detroit, Michigan 48226