UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eric Allen Boyd, 01807-089,

       Petitioner,                     Case No.  25-11563

v.                                             Judge Thomas L. Ludington

Eric Rardin,                         Magistrate Judge Curtis Ivy, Jr.

       Respondent(s).
_____/

**ORDER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS**

The Court has reviewed the petition to proceed in forma pauperis, the affidavit in support, and the financial status communication;

**IT IS ORDERED** that the petition to proceed in forma pauperis is **GRANTED**.

Date: June 23, 2025                                       s/David R. Grand
                                                                      David R. Grand
                                                                      United States Magistrate Judge

---

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: June 23, 2025                                       s/M. Sylvester
                                                                      Deputy Clerk