United States District Court
Eastern District of Michigan

Eric Allen Boyd,

       Petitioner,                        Case No. 25-cv-11563

    v.                                      Honorable Thomas L. Ludington
                                                  Mag. Judge Curtis Ivy, Jr.

Eric Rardin,

       Respondent.
_____/

## Notice of Appearance of Assistant U.S. Attorney

To:    Attorney Admission Clerk and All Other Parties

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

**Add the following AUSA:**

Name:          William J. Vailliencourt, Jr.

Bar ID:           P39115

Telephone:     (313) 226-9626

Email:          William.Vailliencourt@usdoj.gov

                                                  s/William J. Vailliencourt, Jr.
                                                  William J. Vailliencourt, Jr.
                                                  Assistant United States Attorney
                                                  211 W. Fort Street, Suite 2001
                                                  Detroit, Michigan 48226
                                                  (313) 226-9626
                                                  William.Vailliencourt@usdoj.gov

Dated:  July 2, 2025