# Index of Exhibits

Exhibit 1 – E.D. Wisc. Judgment

Exhibit 2 – Compassionate Release Order

Exhibit 3 – N.D. Ill. Judgment

Exhibit 4 – C.D. Ill. Judgment

Exhibit 5 – Declaration of S. Allison-Love (with supporting attachments)