# EXHIBIT 1

On Order Book

U.S. DIST. COURT EAST DIST. WIS. FILED

SEP 23 1994

AT_____O'CLOCK_____M
SOFRON B. NEDILSKY

# UNITED STATES DISTRICT COURT

**EASTERN** District of **WISCONSIN**

UNITED STATES OF AMERICA
V.

**ERIC ALLEN BOYD**

(Name of Defendant)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: **94-CR-52**

**Ronald Hendree**
Defendant's Attorney

THE DEFENDANT:

[ ] pleaded guilty to count(s)_____
[X] was found guilty on count(s) **1,2,3,4,5, & 6** _____ after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:2113(a)(d) | Armed bank robbery | 12/17/93 | ct. 1 |
|  |  | 1/27/94 | ct. 3 |
|  |  | 2/4/94 | ct. 5 |
| 18:924(c)(1) | Using & carrying a firearm to commit a crime of violence | 12/17/93 | ct. 2 |
|  |  | 1/17/94 | ct. 4 |
|  |  | 2/4/94 | ct. 6 |

The defendant is sentenced as provided in pages 2 through **5** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has been found not guilty on count(s)_____
    and is discharged as to such count(s).
[ ] Count(s)_____(is)(are) dismissed on the motion of the United States.
[X] It is ordered that the defendant shall pay a special assessment of $ **300.00** for count(s) **1,2,3,4,5 & 6**, which shall be due [ ] immediately [X] as follows:
**To be paid within 2 years.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **3/16/68**

Defendant's Mailing Address:

**4435 North 49th Street**

**Milwaukee, WI   53216**

Defendant's Residence Address:

**same as above**

**September 23, 1994**
Date of Imposition of Sentence

_/s/_____
Signature of Judicial Officer
**Thomas J. Curran**
**United States District Judge**
Name & Title of Judicial Officer

_September 23, 1994_
Date

AO 245 S (Rev.4/90) Sheet 2 - Imprisonment

Defendant: **Eric Boyd**  
Case Number: **94-CR-52**

Judgment--Page **2** of **5**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **One hundred ten (110) mos. as to cts. 1,3 & 5 and are to run concurrently with each other; Sixty (60) mos. as to ct. 2; Two hundred forty (240) mos. as to ct. 4; Two hundred forty (240) mos. as to ct. 6; cts. 2,4 & 6 are to run consecutively to each other for a total of Five hundred forty (540) mos.; and cts. 1,3,& 5 are to run consecutively to cts. 2,4,& 6 for a total of Six hundred fifty (650) mos.**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.  
[ ] The defendant shall surrender to the United States Marshal for this district.

                  a.m.  
    [ ] at_____p.m. on _____  
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,  
    [ ] before 2 p.m. on _____  
    [ ] as notified by the United States Marshal.  
    [ ] as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____  
at _____, with a certified copy of this judgment.

                              United States Marshal

                By _____  
                          Deputy Marshal

Defendant: **Eric Boyd**  
Case Number: **94-CR-52**

Judgment--Page __3__ of __5__

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __**Three (3) years as to cts. 1,2,3,4,5 & 6 all are to run concurrently with each other for a total of Three (3) years.**__

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

- [X] The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
- [X] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.
- [X] The defendant shall not possess a firearm or destructive device.

**1) The defendant is to participate in a program of testing and residential or outpatient treatment for drug and alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.**
**2) After release the defendant is to reside for the first 60 days in a community correctional center upon the first available vacancy and to obey the rules of that facility.**
**3) Defendant is to pay any balance of the restitution as ordered by the court.**
**4) Defendant shall not open any new lines of credit without approval of the probation officer.**
**5) Defendant shall not open a checking account and close all existing accounts. Defendant shall not sign any checks except to endorse paychecks made payable to the defendant.**
**6) Defendant is to provide the probation officer with access to all financial information.**

**The court determines the defendant does not have the financial ability to pay the fine or the costs of incarceration, community confinement and supervision and waives the fine and the costs of incarceration, community confinement and supervision in this case.**

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:
1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev.4/90) Sheet 6 - Restitution and Forfeiture

Defendant: **Eric Boyd**                                      Judgment--Page __4__ of __5__
Case Number: **94-CR-52**

## RESTITUTION AND FORFEITURE
### RESTITUTION

[X] The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| **M&I Wauwatosa State Bank**<br>Attn: Roger Williams<br>777 North Water Street<br>Milwaukee, WI  53201 | $7,306.00 |
| **North Milwaukee State Bank**<br>Attn: Ken Little<br>5630 West Fond du Lac Avenue<br>Milwaukee, WI 53216 | $3,740.00 |
| **TCF Bank**<br>Attn: Peggy Tyson<br>P.O. Box 17995<br>Milwaukee, WI 53217-0995 | $3,039.03 |

Payments of restitution are to be made to:
  [X] the United States Attorney for transfer to the payee(s).
  [ ] the payee(s).
Restitution shall be paid:
  [ ] in full immediately
  [ ] in full not later than _____.
  [ ] in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.
  [X] in installments according to the following schedule of payments:

Pursuant to the provisions of 18 U.S.C. § 3664, the court has taken into consideration the financial resources of the defendant, the financial needs and earning ability of the defendant and the defendant's dependants, and the other factors contained in the presentence report and the court determines that the defendant does not have the ability to pay a fine. The court further determines that the defendant is to participate in the Federal Bureau of Prisons Inmate Financial Responsibility Program not to exceed 50% of his earnings. Payments are to apply first to the special assessment and thereafter to restitution until such time as it is paid in full. During the supervised release period any unpaid balance is to be paid in installments as set forth by the court. The probation officer is to meet with the defendant periodically for the purpose of suggesting the appropriate installment payment. The court retains supervision and control over the defendant and any problems encountered in the enforcement of this order by either the probation officer or the defendant is to be brought to the attention of the court for resolution.

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

---

**FORFEITURE**
[X] The defendant is ordered to forfeit the following property to the United States:
  One 1986 Oldsmobile Toranado vehicle registered to Eric Boyd is to be disposed of and proceeds are to be applied to the defendants restitution balance.

AO 245 S (Rev.4/90) Sheet 7 - Statement of Reasons

Defendant: **Eric Boyd**  
Case Number: **94-CR-52**

Judgment--Page __5__ of __5__

## STATEMENT OF REASONS

[X] The court adopts the factual findings and guideline application in the presentence report.

OR

[ ] The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):


**Guideline Range Determined by the Court:**

    Total Offense Level: _____**25**_____

    Criminal History Category: ____**VI**____

    Imprisonment Range: __**110**__ to __**137**__ months- cts. 1,3,5  
                             _____ to __**60**__ months- ct. 2 cons.  
                                    **240** months- cts. 4,6 cons.

    Supervised Release Range: __**3**__ to __**5**__ years- cts. 1,3,5  
                                          **2** to **3** years- cts. 2,4,6

    Fine Range: $ __**15,000**__ to $ __**150,000**__

        [X] Fine is waived, because of the defendant's inability to pay.

    Restitution: $ __**14,085.03**__

        [ ] Full restitution is not ordered for the following reason(s)


[ ] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

[X] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s): **Sentence imposed is at the low end of the guideline range as to ct. 1,3, & 5.  The mandatory consecutive sentence as to cts. 2,4,& 6 are more than sufficient to address the offense.**

OR

The sentence departs from the guideline range

    [ ] upon motion of the government, as a result of defendant's substantial assistance.  
    [ ] for the following reasons: