# EXHIBIT 3

ILND 245D (Rev. 03/12/2020) Judgment in a Criminal Case for Revocation
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

v.

**ERIC A BOYD**

Case Number: **1:22-CR-00109(1)**
USM Number: **01807-089**

**Robert A. Loeb**
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory condition(s) of the term of supervision.

☐ was found in violation of condition(s)     after a denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant committed another Federal, State or local crime | 5/1/2023 |
| 2 | Defendant left the judicial district without permission of the Court or Probation Officer | 5/1/2023 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)     condition.     and is discharged as to such violation(s)

☐ Count(s)     dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: **2969**

Defendant's Year of Birth: **1968**

City and State of Defendant's Residence: **Chicago, Illinois**

May 7, 2024
Date of Imposition of Judgment

Signature of Judge

**John Robert Blakey, United States District Judge**
Name and Title of Judge

5/14/24
Date

ILND 245D (Rev. 03/12/2020) Judgment in a Criminal Case for Revocation
Sheet 2 – Imprisonment

Judgment – Page 2 of 3

DEFENDANT: ERIC A BOYD
CASE NUMBER: 1:22-CR-00109(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 33 months, including 33 months as to violation 1 (consisting of 33 month terms on counts 1,3 and 5 to run concurrently with each other, and concurrently with counts 2,4 and 6) and 24 months as to violation 2 (consisting of 24 months on counts 2,4 and 6 to run concurrently with each other and, concurrently with counts 1,3 and 5); the total term of 33 months in this case shall run consecutively to 180 month sentence imposed in case number 23cr40007-001 from the U.S. Court in Central District of Illinois.

- [x] The court makes the following recommendations to the Bureau of Prisons: Consistent with the needs of the Defendant and BOP, Defendant should be considered for designation to a facility closest to Chicago.

- [x] The defendant is remanded to the custody of the United States Marshal.
- [ ] The defendant shall surrender to the United States Marshal for this district:

    - [ ] at      [ ] a.m. [ ] p.m. on

    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    - [ ] before 2 p.m. on
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____,
with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

ILND 245D (Rev. 03/12/2020) Judgment in a Criminal Case for Revocation
Sheet 6 – Schedule of Payments

Judgment – Page 3 of 3

DEFENDANT: ERIC A BOYD
CASE NUMBER: 1:22-CR-00109(1)

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
**No Term of Supervised Release Imposed for this case.**