# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ERIC BOYD,

Petitioner,

v.                                                          CASE NO.: 1:25-cv-11563

ERIC RARDIN,

Respondent.

## DECLARATION OF S. ALLISON-LOVE

I, the undersigned S. Allison-Love, do hereby make the following declaration pertinent to the above-styled and numbered cause.

1. I am the Consolidated Legal Center (CLC) Attorney for the Federal Bureau of Prisons (BOP), at the Federal Correctional Institution in Milan, Michigan (FCI Milan). I have been employed with the BOP since July 2010.

2. As a BOP Attorney, I have access to official records maintained by the BOP and am familiar with the procedures contained in BOP Program Statement 1330.18, Administrative Remedy Procedures for Inmates[1], and 28, C.F.R. Part 542, Subpart B.

3. The United States District Court of the Central District of Illinois sentenced Petitioner Eric Boyd, #01807-089, to a 180-month term of imprisonment followed by 5 years of supervised release for violations of 18 U.S.C. §2113(a) and (d), Armed Bank

---

1 A full copy of this program statement can be obtained via the BOP website at *www.bop.gov*.

Robbery. The United States District Court of the Northern District of Illinois also sentenced Petitioner to a 33-month term of imprisonment for violations of 18 U.S.C. § 2113(a) and (d), Armed Bank Robbery, and 18 U.S.C. § 924(c), Using and Carrying a Firearm to Commit a Crime of Violence.[2]

4. I have reviewed the complaint filed by Petitioner, in which he alleges he was improperly denied eligibility to earn First Step Act (FSA) earned time credits.

5. The BOP has determined that Petitioner is not eligible for First Step Act Earned Time Credits (FTCs) because he is serving a sentence for violation of 18 U.S.C. § 924(c), which is an FSA ineligible offense.[3] Petitioner's citation to Exhibit 3 in his petition to "2 COMPS SRA AND PLRA CANNOT BE AGGREGATED" is a reference to sentence *computations* under the Sentencing Reform Act (SRA) and the Prison Litigation Reform Act (PLRA), which calculate certain good time credits differently. It does not refer to Petitioner's *eligibility* for credits under the First Step Act. As even that Exhibit makes clear, Petitioner is ineligible under the FSA.

6. The Administrative Remedy Program is described at 28 C.F.R. § 542.10, et seq., Administrative Remedy Procedures for Inmates.[4] Ordinarily, once an inmate has attempted to informally resolve an issue, the administrative remedy process is

---

[2] See Attachment 1, Public Information Inmate Data.
[3] Id.; *see also* 18 USC §3632(d)(4)(D)(xxii).
[4] BOP Program Statements are available for inmate access via the institution law library. Additionally, administrative remedy filing procedures are outlined and explained to inmates during Admission and Orientation.

      commenced by filing a Request for Administrative Remedy (BP-9) with the Warden of the facility where the inmate is confined. If the inmate is not satisfied with the BP-9 response, the inmate may appeal by filing a Regional Administrative Remedy Appeal (BP-10) with the Regional Office within 20 days of when the warden signed the response. If dissatisfied with the Regional response, the inmate may appeal to the BOP's Office of General Counsel via a Central Office Administrative Remedy Appeal (BP-11) within 30 days of the Regional Director's signed response. Appeal to BOP's Office of General Counsel is the final step in the BOP's administrative remedy process. The response from the General Counsel's Office is considered the final agency decision. To properly exhaust all administrative remedies, an inmate must timely and properly present a claim to each level, have that remedy request accepted, and receive an actual response to that request.

7. BOP policy provides that the inmate is to obtain the appropriate form from institution staff (ordinarily, the correctional counselor). It further notes, the "Request for Administrative Remedy, Form BP-9 (BP-229), is appropriate for filing at the institution."[5] If the inmate submits a request for remedy, but does not receive a response within the time allotted for reply, including extension, the inmate may consider the absence of a response to be a denial at that level.[6]

8. Remedy requests are assigned a unique numeric designation, followed by a suffix

---

[5] 28 C.F.R. § 542.14
[6] 28 C.F.R. § 542.18

3

        indicating the level of the request, as follows:   "-F" indicates a request to the Warden, "-R" indicates an appeal to the Regional Director, and "-A" indicates an appeal to the General Counsel's Office.

9. The federal regulation on the Administrative Remedy Program states that all submissions received by the Administrative Remedy Clerk, whether accepted or rejected, shall be entered into SENTRY in accordance with the SENTRY Administrative Remedy Technical Reference Manual.[7]

10. I have reviewed Petitioner's administrative remedy request record.   Although his petition claims he "...WAS PROCEDURALLY PREVENTED FROM FILING A THIRD APPEAL BECAUSE THE WARDEN AT FCI MILAN FAILED TO RESPOND TO MY SECOND APPEAL", our records show Petitioner has not submitted any administrative remedies.[8]

11. An inmate must appeal through all three levels of the Administrative Remedy Process to exhaust administrative remedies.[9]   Based upon my review of the administrative remedy record, Petitioner did not properly exhaust his administrative remedies through the BOP's Administrative Remedy Program as it relates to the allegation raised in his Complaint.

---

7  Program Statement 1330.18 (13)(a), Remedy Processing, Receipt
8  See Attachment 2, Administrative Remedy Retrieval
9  28 C.F.R. § 542.15(a) ("Appeal to the General Counsel is the final administrative appeal.")

4

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19th day of August 2025.

_____
S. Allison-Love, CLC Attorney
Federal Bureau of Prisons
FCI Milan

5

```
 MILBU           *        PUBLIC INFORMATION           *      07-11-2025
PAGE 001         *           INMATE DATA               *       09:38:40
                            AS OF 07-11-2025

REGNO..: 01807-089 NAME: BOYD, ERIC ALLEN
                         RESP OF: MIL
                         PHONE..: 734-439-1511   FAX: 734-439-5534
                                                 RACE/SEX...: BLACK / MALE
                                                 AGE:  57
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 06-17-2038                          PAR HEAR DT:
```

<span style="color:red">**ATTACHMENT 1**</span>

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 01807-089 NAME: BOYD, ERIC ALLEN

                  RESP OF: MIL
                  PHONE..: 734-439-1511    FAX: 734-439-5534
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-17-2037

THE INMATE IS PROJECTED FOR RELEASE: 06-17-2038 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION...........: ILLINOIS, CENTRAL DISTRICT
DOCKET NUMBER...................: 23-CR-40007-001
JUDGE...........................: SHADID
DATE SENTENCED/PROBATION IMPOSED: 04-11-2024
DATE COMMITTED..................: 06-25-2024
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $6,875.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   551     18:2113 ROBBERY BANK

OFF/CHG: 18:2113(A) AND 2113(D) ARMED BANK ROBBERY CT.1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    180 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 05-01-2023




G0002       MORE PAGES TO FOLLOW . . .
```

```
 MILBU             *          PUBLIC INFORMATION           *      07-11-2025
PAGE 003           *             INMATE DATA               *      09:38:40
                              AS OF 07-11-2025

REGNO..: 01807-089 NAME: BOYD, ERIC ALLEN

                    RESP OF: MIL
                    PHONE..: 734-439-1511    FAX: 734-439-5534
-------------------------CURRENT COMPUTATION NO: 040 -------------------------

COMPUTATION 040 WAS LAST UPDATED ON 06-04-2024 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-10-2024 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

DATE COMPUTATION BEGAN..........: 04-11-2024
TOTAL TERM IN EFFECT............:    180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     15 YEARS
EARLIEST DATE OF OFFENSE........: 05-01-2023

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     05-05-2023    04-10-2024

TOTAL PRIOR CREDIT TIME.........: 342
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 810
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 02-13-2036
ELDERLY OFFENDER TWO THIRDS DATE: 05-03-2033
EXPIRATION FULL TERM DATE.......: 05-03-2038
TIME SERVED.....................:      2 YEARS       2 MONTHS       7 DAYS
PERCENTAGE OF FULL TERM SERVED..:  14.5
PERCENT OF STATUTORY TERM SERVED:  17.1

PROJECTED SATISFACTION DATE.....: 02-13-2036
PROJECTED SATISFACTION METHOD...: GCT REL




G0002       MORE PAGES TO FOLLOW . . .
```

REGNO..: 01807-089 NAME: BOYD, ERIC ALLEN

                RESP OF: MIL

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-17-2037

THE INMATE IS PROJECTED FOR RELEASE: 06-17-2038 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 050 -----------------------

COURT OF JURISDICTION...........: ILLINOIS, NORTHERN DISTRICT
DOCKET NUMBER...................: 1:22-CR-00109(1)
JUDGE...........................: BLAKEY
DATE SENTENCED/PROBATION IMPOSED: 09-23-1994
DATE SUPERVISION REVOKED........: 05-07-2024
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 06-25-2024
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $300.00        $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $14,085.03

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  130     18:924(C) FIREARMS LAWS

OFF/CHG: 18:2113(A)(D) ARMED BANK ROBBERY CT1,3,5.18:924(C)(1) USING &
         CARRYING A FIRERAMR TO COMMIT A CRIME OF VIOLENCE CT2,4,6.

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
 SENTENCE IMPOSED/TIME TO SERVE.:     33 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 040 COMP
 DATE OF OFFENSE................: 12-17-1993




 G0002       MORE PAGES TO FOLLOW . . .

```
  MILBU           *        PUBLIC INFORMATION        *      07-11-2025
PAGE 005 OF 005 *            INMATE DATA             *      09:38:40
                           AS OF 07-11-2025

REGNO..: 01807-089 NAME: BOYD, ERIC ALLEN

                      RESP OF: MIL
                      PHONE..: 734-439-1511    FAX: 734-439-5534

-------------------------CURRENT COMPUTATION NO: 050 -------------------------

COMPUTATION 050 WAS LAST UPDATED ON 06-04-2024 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-10-2024 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 050: 050 010

DATE COMPUTATION TO BEGIN.......: 02-13-2036
TOTAL TERM IN EFFECT............:     33 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS     9 MONTHS
EARLIEST DATE OF OFFENSE........: 12-17-1993

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 148
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 06-17-2038
ELDERLY OFFENDER TWO THIRDS DATE: 12-13-2037
EXPIRATION FULL TERM DATE.......: 11-12-2038

PROJECTED SATISFACTION DATE.....: 06-17-2038
PROJECTED SATISFACTION METHOD...: GCT REL




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
          FUNCTION:   L-P  SCOPE:   REG    EQ  01807-089       OUTPUT FORMAT:   SAN
      -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
  DT RCV: FROM _____  THRU _____  DT STS: FROM _____  THRU _____
  DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT  RDU
  DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT  TRT
  STS/REAS:  ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
  SUBJECTS:  ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
  EXTENDED: _  REMEDY LEVEL: _ _              RECEIPT: _ _ _  "OR"  EXTENSION: _ _ _
  RCV  OFC :  EQ _____  _____  _____  _____  _____  _____
  TRACK:  DEPT:  _____ _____ _____ _____ _____ _____
         PERSON:  ___ ___ ___ ___ ___ ___
           TYPE:  ___ ___ ___ ___ ___ ___
  EVNT FACL:  EQ _____ _____ _____ _____ _____ _____
  RCV FACL.:  EQ _____ _____ _____ _____ _____ _____
  RCV UN/LC:  EQ _____ _____ _____ _____ _____ _____
  RCV QTR..:  EQ _____ _____ _____ _____ _____ _____
  ORIG FACL:  EQ _____ _____ _____ _____ _____ _____
  ORG UN/LC:  EQ _____ _____ _____ _____ _____ _____
  ORIG QTR.:  EQ _____ _____ _____ _____ _____ _____

                                                           ATTACHMENT 2

  G5152       NO REMEDY DATA EXISTS FOR THIS INMATE
```