UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ERIC ALLEN BOYD,

        Plaintiff,                       Case No. 1:25-cv-11563

v.                                              Honorable Thomas L. Ludington
                                                  United States District Judge

ERIC RARDIN,

        Defendants.
_____/

**ORDER DENYING MOTION TO WITHDRAW**

        On May 28, 2025, Petitioner Eric Allen Boyd filed a petition for a writ of habeas corpus. ECF No. 1. That same day, Petitioner moved to withdraw his "recently filed 28 U.S.C. § 2241 petition" and replace it "with the enclosed, revised petition." ECF No. 2. But Petitioner did not enclose a revised Petition. *See generally id.* So Petitioner's Motion to Withdraw, ECF No. 2, will be denied.

        Accordingly, it is **ORDERED** that Petitioner Eric Allen Boyd's Motion to Withdraw, ECF No. 2, is **DENIED**.

        **This is not a final order and does not close this case.**

Dated: October 8, 2025                                      s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge