UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ERIC ALLEN BOYD,

        Petitioner,                      Case No. 1:25-cv-11563

v.

                                          Honorable Thomas L. Ludington
ERIC RARDIN,                             United States District Court Judge

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion issued today,

Accordingly, it is **ORDERED** that Petitioner Eric Allen Boyd's Petition for a Writ of Habeas Corpus, ECF No. 1, is **DENIED WITH PREJUDICE**.

Further, it is **ORDERED** that a certificate of appealability is **DENIED.**

Further, it is **ORDERED** that leave to appeal *in forma pauperis* is **DENIED.**

        **This is a final order and closes this case.**


Dated: December 15, 2025                            s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge